IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| RAYSHAWN J. PENN, | : | Case No. 1:22-cv-262 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| C.O. EASH, *et al.*, | : | |
| Defendant. | : | |

### ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 20)

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 20), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, Plaintiff's claim against Defendant Eash in his official capacity is **DISMISSED**, but the excessive force claim against Defendant Eash in his individual capacity shall proceed. Additionally, Defendant's Motion to Dismiss (Doc. 10) is **DENIED as moot**. Lastly, the Court **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3) that, for the reasons outlined in the Report and Recommendations, an appeal of this Order would not be taken in good faith. Therefore, Plaintiff is **DENIED** leave to appeal in forma pauperis. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

**IT IS SO ORDERED.**

                                                     UNITED STATES DISTRICT COURT
                                                     SOUTHERN DISTRICT OF OHIO

                                           By: _____
                                                 JUDGE MATTHEW W. McFARLAND