IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| RAYSHAWN PENN, | Case No. 1:22-cv-262 |
| Plaintiff, | Judge Matthew W. McFarland |
| v. | |
| C.O. EASH, et al., | |
| Defendants. | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the pending Report and Recommendation of United States Magistrate Stephanie K. Bowman (Doc. 40), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Plaintiff failed to timely file objections to the Report and Recommendation in accordance with Fed. R. Civ. P. 72(b). Thus, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 40) in its entirety.

Accordingly, for the reasons stated in the Report and Recommendation, the Court **ORDERS** the following:

1. Plaintiff's Motions for Summary Judgment (Docs. 30 & 31) are **DENIED**;
2. Defendant's Motion for Summary Judgment (Doc. 37) is **GRANTED**; and
3. This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND